Motion Granted; Dismissed and Memorandum Opinion filed
August 4, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00262-CR

____________

 

JESUS LARA, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



On Appeal from the County Criminal
Court at Law No. 6

Harris County, Texas

Trial Court Cause No. 1676932



 

MEMORANDUM
OPINION

Appellant was convicted of indecent exposure and sentenced to
180 days in the Harris County Jail on February 16, 2011.  Appellant filed a
timely motion for new trial.  On July 27, 2011, appellant filed a motion
dismiss the appeal as moot because the trial court granted his motion for new
trial.  See Tex. R. App. P. 42.2.  We grant appellant’s motion.

Accordingly, we order the appeal dismissed.  We direct the clerk
of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices
Frost, Jamison, and McCally.

Do Not Publish — Tex. R. App.
P. 47.2(b).